RECVD*21AUG02AM0954MDGAMAC   07-23-2021

FROM: MR. DIARRA X0380401

TO: CLERK OF COURT

RE: Please see legal contents enclosed of MANDAMUS Petition RE: C. RICE Request for certain Documents; Legal Action for Progressive Insurance, a.a. Sheriff Assoc. Dept. of Juvenile Justice; Metro PCS; Notice of Appeal(s) (4x) AND four seperate request of Production for Documents;

Please provide legal request of services of court librarian

AND information on legal Proceeding relating to U.S copyrights & patents, Trade Marks.

Also please provide certified copy of legal citation as follow:

1. 771. Fed. Appx 69 (2nd cir. 2019) Moussa Diarra, Plaintiff v. City of New York, Defendant No. 18-2828 2821 cv U.S Court of Appeals, (Second Circuit) 06-21-2019

2. R. Charles Peruto, Jr, Plaintiff v. Roc Nation, et al Civil action No. 18-4468, 18-4818 U.S Dist. Court E.D. Pennsylvania 06-12-2019

3. Asia Johnson, Plaintiff v. Rihanna Defendant. Civil action no. 18-448 U.S Dist. Court., W.D. Pennsylvania 06-13-2018

Thank you. MD                                                       [signature]